## Commonwealth ex rel. Senkovich, Appellant, *v.* Banmiller.

Submitted October 7, 1957. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Michael J. Senkovich,* appellant, in propria persona.

*Robert Lesko,* Assistant District Attorney, and *Paul A. McGinley,* District Attorney, for appellee.

OPINION PER CURIAM, November 12, 1957:

The order of the court below is affirmed on the opinion of President Judge JAMES F. HENNINGER, as reported in 9 Pa. D. & C. 2d 750.